1  STEPHANIE YONEKURA
2  Acting United States Attorney
   LEON W. WEIDMAN
3  Assistant United States Attorney
4  Chief, Civil Division
   THEOPHOUS H. REAGANS, CSBN 189450
5  Special Assistant United States Attorney
6          Social Security Administration
           160 Spear St., Suite 800
7          San Francisco, CA  94105
8          Telephone:  (415) 977-8938
           Facsimile:  (415) 744-0134
9          Email:  Theophous.Reagans@ssa.gov
10 Attorneys for Defendant

11
                    UNITED STATES DISTRICT COURT
12
13                 CENTRAL DISTRICT OF CALIFORNIA
14
                          EASTERN DIVISION
15

16 | CLARICE FRANCES VILLA,              ) No. 5:14-cv-00739-MRW
17 |                                     )
   |         Plaintiff,                  ) **JUDGMENT OF REMAND**
18 |                                     )
19 |           v.                        )
   |                                     )
20 | CAROLYN W. COLVIN,                  )
   | Acting Commissioner of Social       )
21 | Security,                           )
22 |                                     )
   |         Defendant.                  )
23

24 //
25 //
26 //
27 //
28 //

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  December 17, 2014

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE