1  WILLIAM M. KUNTZ  # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5

6

7

8               UNITED STATES DISTRICT COURT
        FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                    EASTERN DIVISION

10

11  CLARICE FRANCES VILLA,          )   CASE NO.: **EDCV 14-00739 MRW**
                                    )
12            Plaintiff,            )   [~~PROPOSED~~] ORDER AWARDING
                                    )   EAJA FEES
13        v.                        )
                                    )
14  CAROLYN W. COLVIN, Acting       )
    Commissioner of Social Security )
15  Administration,                 )
                                    )
16            Defendant.            )
    _____)
17

18        Based upon the parties' Stipulation for Award and Payment of Equal Access

19  to Justice Act (EAJA) Fees ("Stipulation"),

20        **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

21  Equal Access to Justice Act, ("EAJA") in the amount of THREE THOUSAND

22  FOUR HUNDRED TWENTY-ONE DOLLARS and 08/cents ($3,421.08), as

23  authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the

24  Stipulation.

25        DATED: March 17, 2015

26                                    _____
                                      UNITED STATES MAGISTRATE JUDGE
27                                    Michael R. Wilner

28

                                     1